UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| **DONALD STAPLES,**           )<br>                                              )<br>              **PLAINTIFF**       )<br>                                              )<br>**v.**                                        )<br>                                              )<br>**CAROLYN W. COLVIN, ACTING**   )<br>**COMMISSIONER, SOCIAL SECURITY** )<br>**ADMINISTRATION,**             )<br>                                              )<br>              **DEFENDANT**       ) | **CIVIL NO. 2:15-CV-392-DBH** |

### ORDER AFFIRMING RECOMMENDED DECISION
### OF THE MAGISTRATE JUDGE

On August 3, 2016, the United States Magistrate Judge filed with the court, with copies to counsel, his Report and Recommended Decision. The defendant filed an objection to the Recommended Decision on August 22, 2016. Oral argument was held on October 5, 2016. I have reviewed and considered the Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision, and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The Commissioner's decision is **VACATED** and the case is **REMANDED** for further proceedings consistent with the Recommended Decision.

**SO ORDERED.**

**DATED THIS 6TH DAY OF OCTOBER, 2016**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**