# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| DONALD STAPLES, | )<br>)<br>) |
| PLAINTIFF | )<br>) |
| v. | )<br>) CIVIL NO. 2:15-CV-392-DBH |
| CAROLYN W. COLVIN, ACTING COMMISSIONER, SOCIAL SECURITY ADMINISTRATION, | )<br>)<br>)<br>) |
| DEFENDANT | )<br>) |

## ORDER AFFIRMING RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

On June 13, 2017, the United States Magistrate Judge filed with the court, with copies to counsel, his Report and Recommended Decision on Motions for EAJA Attorney Fees. The time within which to file objections expired on June 28, 2017, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The EAJA Motion is **GRANTED IN PART**, awarding EAJA fees in the amount of $8,681.63, and other otherwise **DENIED**. The Supplemental EAJA Motion is **GRANTED**, awarding the requested $981.18. The total EAJA fee award is Nine Thousand Six Hundred Sixty-Two Dollars and Eighty-One Cents ($9,662.81).

**SO ORDERED.**

DATED THIS 3RD DAY OF JULY, 2017

/s/ D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**